IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA | : | CASE NO. 3:13CR052 |
| | | Judge Walter H. Rice |
| v. | : | |
| MICHAEL J. D'ANGELO | : | ORDER TO UNSEAL INDICTMENT |

- - - - - - - - - - - - - - - -

IT IS HEREBY ORDERED that the Indictment filed herein and ordered sealed by order of this court on March 28, 2013, be unsealed by the Clerk of Courts.

_____
Judge Walter H. Rice
U.S. DISTRICT COURT JUDGE