IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL D'ANGELO

    Defendant.

Case No. 3:13-cr-052

JUDGE WALTER HERBERT RICE

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Preliminary Pretrial Conference | 4/9/2013 |
| Jury Trial Date | 6/10/2013 |
| Final Pretrial Conference (by telephone) | **Monday, 6/3/2013 at 5:00 pm** |
| Motion Filing Deadline     Oral and Evidentiary Motions | 5/6/2013 |
|     Other Motions | 5/13/2013 |
| Discovery Cut-off | 5/24/2013 |
| Speedy Trial Deadline | 6/18/2013 |
| Further Status Conference | --------- |

April 9, 2013

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies mailed to:
United States Attorney
Counsel of Record
United States Marshal
United States Pretrial Services
United States Probation Department


WHR:jdf