IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                    Case No. 3:13cr052

MICHAEL J. D'ANGELO,          JUDGE WALTER H. RICE

      Defendant.

---

DECISION AND ENTRY SUSTAINING DEFENDANT'S MOTION TO
CONTINUE TRIAL (DOC. #16); NEW TRIAL DATE AND OTHER DATES
SET

---

Pursuant to the record made, during a June 13, 2013, telephone conference call held between Court and counsel, the Defendant's Motion to Continue Trial (Doc. #16), said trial being set for June 10, 2013, is sustained.

Trial upon the merits will be held, before a duly impaneled jury, beginning on Monday, July 22, 2013. A telephone final pretrial conference will be held, beginning at 5:00 p.m. on Monday, July 15, 2013, with all discovery, by and between the parties to be completed no later than Monday, July 1, 2013.

At the conclusion of the aforesaid telephone conference call, the Court made a speedy trial finding, concluding that, within the factual and legal confines of the captioned cause, the ends of justice outweigh the interest of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(7)(A).

June 19, 2013

/s/ Walter H. Rice
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record